CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

GEORGE T. MCDONNELL (SBN: 89623)
tmcdonnell@allenmatkins.com
JENNIFER C. SHAKOURI (SBN: 252373)
jshakouri@allenmatkins.com
RACHEL M. SANDERS (SBN: 258652)
rsanders@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
Attorneys for Defendants
Simon Chang and Grace Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SIMON CHANG, in individual and representative capacity as trustee; GRACE CHANG, in individual and representative capacity as trustee; PARAMOUNT HOTELS INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:17-CV-06443-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal          Case: 3:17-CV-06443-JCS

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 28, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: March 28, 2018        ALLEN MATKINS LECK GAMBLE
                             MALLORY & NATSIS LLP

By: /s/ Rachel M. Sanders
    George T. McDonnell
    Jennifer C. Shakouris
    Rachel M. Sanders
    Attorneys for Defendants
    Simon Chang and Grace Chang

Dated: March 30, 2018

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Rachel M. Sanders, counsel for Simon Chang and Grace Chang, and that I have obtained Ms. Sanders's authorization to affix her electronic signature to this document.

Dated: March 28, 2018         CENTER FOR DISABILITY ACCESS

                                    By: /s/ Phyl Grace
                                          Phyl Grace
                                          Attorneys for Plaintiff